No. 30. — Ex parte Enrique Ledesma Figueroa, peticionario. — Admisión al ejercicio de la abogacía. Enero 25, 1926. Habiendo probado el peticionario que es graduado de abogado en una universidad acreditada de Europa con diez años de anterioridad a la aprobación de la Ley No. 17 de 1925 y que ha practicado durante cinco años por lo menos en el bufete de un abogado autorizado para ejercer su profesión por el Tribunal Supremo de Puerto Rico, *se declara* con lugar su petición y en su consecuencia admítese al peticionario al ejercicio de la abogacía sin examen tan luego haya sido favorablemente recomendado por la Comisión de Reputación y haya prestado el juramento de ley.

In re Justo A. Casablanca, peticionario—Marzo 24, 1925. Por la corte: Vista la solicitud presentada, la corte llega a la conclusión de que cuando a un candidato se le niega la admisión debido a los delitos por él cometidos, para que este tribunal haga uso de su facultad de admitirlo al ejercicio de la profesión, es preciso que tal candidato supla prueba satisfactoria de su presente condición moral. No encontramos que tal cosa se haya hecho en este caso. La mera recomendación de abogados no es suficiente. A falta de prueba de una conducta que distinga señaladamente al candidato deberá éste pedir y obtener tal ayuda de la abogacía que disipe cualquier fuerte duda que exista de dicha presente condición. No estamos ejercitando la facultad de indultar sino que compartimos con la abogacía la responsabilidad de estar razonablemente satisfechos de que una persona admitida a ejercer la abogacía debe ser digna de la confianza pública. *Denegada.*